Justice Ginsburg and Justice Sotomayor would grant the application for stay of execution.

Same case below, 609 F.3d 291.

**No. 10-5205 (R46-031). DeMario Terrel Harris, Petitioner v. United States.**

561 U.S. 1055, 131 S. Ct. 455, 177 L. Ed. 2d 1149, 2010 U.S. LEXIS 5736.

September 22, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 368 Fed. Appx. 866.

**No. 10-6647 (10A315). Brandon Joseph Rhode, Petitioner v. Stephen Upton, Warden.**

561 U.S. 1055, 131 S. Ct. 60, 177 L. Ed. 2d 1149, 2010 U.S. LEXIS 5737.

September 24, 2010. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the Superior Court of Georgia, Butts County, denied.

**No. 10A325. Brandon Joseph Rhode, Petitioner v. Stephen Upton, Warden.**

561 U.S. 1056, 131 S. Ct. 60, 177 L. Ed. 2d 1149, 2010 U.S. LEXIS 5741.

September 27, 2010. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied.

**No. 10-6690 (10A323). Brandon Joseph Rhode, Petitioner v. Stephen Upton, Warden.**

561 U.S. 1056, 131 S. Ct. 60, 177 L. Ed. 2d 1149, 2010 U.S. LEXIS 5739.

September 27, 2010. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the Superior Court of Georgia, Butts County, denied.

**No. 10-6691 (10A324). Brandon Joseph Rhode, Petitioner v. Stephen Upton, Warden.**

561 U.S. 1056, 131 S. Ct. 60, 177 L. Ed. 2d 1149, 2010 U.S. LEXIS 5740.

September 27, 2010. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the Superior Court of Georgia, Butts County, denied.

**No. 10-6692 (10A326). Brandon Joseph Rhode, Petitioner v. Stephen Upton, Warden.**

561 U.S. 1056, 131 S. Ct. 60, 177 L. Ed. 2d 1149, 2010 U.S. LEXIS 5742.

September 27, 2010. Aplication for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for

writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

■■■■■■

**No. 09-1069 (R46-032). AstraZeneca Pharmaceuticals LP, Petitioner v. Blue Cross Blue Shield of Massachusetts, et al.**

561 U.S. 1056, 131 S. Ct. 60, 177 L. Ed. 2d 1150, 2010 U.S. LEXIS 5762.

September 28, 2010. The petition for writ of certiorari to the United States Court of Appeals for the First Circuit in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 582 F.3d 156.

■■■■■

**No. 09-571. Harry F. Connick, District Attorney, et al., Petitioners v. John Thompson.**

561 U.S. 1056, 131 S. Ct. 64, 177 L. Ed. 2d 1150, 2010 U.S. LEXIS 5761.

September 28, 2010.Motion of Former Federal Civil Rights Officials and Prosecutors for leave to participate in oral argument as amici curiae and for divided argument denied.

■■■■■

**No. 09-834. Kevin Kasten, Petitioner v. Saint-Gobain Performance Plastics Corporation.**

561 U.S. 1057, 131 S. Ct. 64, 177 L. Ed. 2d 1150, 2010 U.S. LEXIS 5756.

September 28, 2010. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. Justice Kagan took no part in the consideration or decision of this motion.

■■■■

**No. 09-907. Jason M. Ransom, Petitioner v. FIA Card Services, N.A., fka MBNA, America Bank, N.A.**

561 U.S. 1057, 131 S. Ct. 64, 177 L. Ed. 2d 1150, 2010 U.S. LEXIS 5748.

September 28, 2010. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

■■■■

**No. 09-9000. Henry W. Skinner, Petitioner v. Lynn Switzer, District Attorney for the 31st Judicial District of Texas.**

561 U.S. 1057, 131 S. Ct. 64, 177 L. Ed. 2d 1150, 2010 U.S. LEXIS 5744.

September 28, 2010. Motion of petitioner for appointment of counsel granted. Robert C. Owen, Esquire, of Austin, Texas, is appointed to serve as counsel for the petitioner in this case.

■■■■

**No. 09-1205. Keith Smith, et al., Petitioners v. Bayer Corporation.**

561 U.S. 1057, 131 S. Ct. 61, 177 L. Ed. 2d 1150, 2010 U.S. LEXIS 5755.

September 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit granted.

Same case below, 593 F.3d 716.

■■■■

**No. 09-1272. Kentucky, Petitioner v. Hollis Deshaun King.**

561 U.S. 1057, 131 S. Ct. 61, 177 L. Ed. 2d 1150, 2010 U.S. LEXIS 5758.

September 28, 2010. Motion of respondent for leave to proceed in forma paup-